AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Ben Lupo<br><br>*Defendant(s)* | Case No.<br><br>4:13M 6006 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/31/2013__ in the county of __Mahoning__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 33, U.S.C., Section 1319(c)(2)(A) and Title 18 U.S.C., Section 2 | Unpermitted discharge into a water of the United States. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David J. Barlow, Special Agent, U.S. EPA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/13/2013

_____
*Judge's signature*

City and state: Youngstown, Ohio

George J. Limbert, Magistrate Judge
*Printed name and title*